**FILED**

December 12, 2016

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK ·

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )          Case No. 2:16-MJ-00210-CKD
           Plaintiff,              )
                                   )          ORDER FOR RELEASE OF
v.                                 )          PERSON IN CUSTODY
                                   )
THOMAS ARTHUR WITTEN ,             )
                                   )
           Defendant.              )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS ARTHUR WITTEN, Case No. 2:15-MJ-00210-CKD,  Charge 18 USC § 922(g)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

✔      Bail Posted in the Sum of $ 50,000 (co-signed)

   ✔      Unsecured Appearance Bond

   ___    Appearance Bond with 10% Deposit

   ___    Appearance Bond with Surety

   ___    Corporate Surety Bail Bond

   ✔      (Other)          With pretrial supervision and conditions of release as stated on the record in open court.  USM shall release dft on 12/13/2016 at 9:00 a.m., to the custody of PTS.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 12, 2016  at  2:45  pm  .

By  _____

Deborah Barnes
United States Magistrate Judge