1  PHILLIP A. TALBERT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | CASE NO. 2:16-MJ-00210-CKD
12 |                    Plaintiff,       | STIPULATION TO WAIVE TIME BEFORE
   |                                     | PRELIMINARY HEARING; [PROPOSED]
13 |           v.                        | FINDINGS AND ORDER
14 | THOMAS A. WITTEN,                   | DATE: January 3, 2017
   |                                     | TIME: 2:00 p.m.
15 |                    Defendant.       | COURT: Hon. Deborah L. Barnes

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, James Conolly, and

19 defendant, Thomas Witten, by and through his counsel of record, Hayes Gable, stipulate as follows:

20        1.    The parties appeared before this Court on December 8, 2016, for Mr. Witten's initial

21 appearance in this matter. At the conclusion of the initial appearance, defense counsel requested that the

22 Court set a detention hearing for December 12, 2016. The Court ordered the detention hearing.

23        2.    At the December 12, 2016 detention hearing, the Court ordered the defendant released on

24 an unsecured bond, subject to conditions and Pre-Trial Services supervision. The Court then set a

25 preliminary hearing for January 3, 2017, as agreed to and requested by the parties.

26        3.    The parties agree and stipulate, and request that the Court find the following:

27             a)    The date of Mr. Witten's initial appearance in this matter was December 8, 2016.

28             b)    Because Mr. Witten was released at the detention hearing, statute requires that the

Court conduct a preliminary hearing no later than 21 days from the initial appearance, which would be December 29, 2016, in this case. *See* Fed. R. Crim. Proc. 5.1(c). Under Federal Rule of Criminal Procedure ("Rule") 5.1(d), the Court may, with the defendant's consent and a showing of good cause, extend the time limit of Rule 5.1(c) one or more times.

      c)    At the December 12, 2016 detention hearing, the parties jointly requested the Court set the Preliminary Hearing for January 3, 2017. Considering the parties' respective schedules, and need for time to prepare, the Court agreed. Counsel for Mr. Witten indicated to the government, and to the Court, that the defense agreed to waive the time between December 29, 2016, and January 3, 2017, for purposes of setting a preliminary hearing date.

      d)    For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment or information must be filed, the parties agree that the time period between December 29, 2016, and January 3, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  December 15, 2016

PHILLIP A. TALBERT
United States Attorney

*/s/ James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  December 15, 2016

*/s/ Hayes Gable*
HAYES GABLE
Counsel for Defendant
Thomas A. Witten

STIPULATION AND ORDER REGARDING PRELIMINARY HEARING

2

### [PROPOSED] FINDINGS AND ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

Furthermore, the Court finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time period the parties stipulated, from December 29, 2016 and January 3, 2017, inclusive, shall be excluded from computation of time within which an information or indictment must be filed, under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) (Local Code T4).

The time limit set by Rule 5.1(c) is hereby extended, and a preliminary hearing is set for January 3, 2017.

Dated:  December 19, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE